■ In the Matter of HERBERT ROBERTSON, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, et al., Respondents.— Order unanimously reversed and proceeding remitted to Erie Special Term for a hearing. Memorandum: The allegations of the petition and the medical reports submitted therewith present questions requiring a hearing as to whether medical and surgical treatment is required to be provided by respondents to protect and preserve petitioner's health. (See Correction Law, § 46, subd. 5; *People* v. *Brabson*, 21 A D 2d 748.) (Appeal from order of Erie Special Term, denying without a hearing, application for an order directing respondents to furnish petitioner with certain medical treatment.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS SWEENEY, JR., Appellant.— Order unanimously reversed and proceeding remitted to Monroe County Court for a hearing in accordance with the memorandum. Memorandum: The petition and the court records involved make out a prima facie case for a hearing to determine the question of the mental capacity of the defendant at the time of his plea of guilty and sentence thereon. (Appeal from order of Monroe County Court denying, without a hearing, motion to vacate a judgment of conviction rendered July 17, 1964, convicting defendant of grand larceny, first degree.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.